UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY TAPIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. CV 13-7291 PSG (FFM)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION |

On June 23, 2015, defendants filed a motion to dismiss the First Amended Complaint. After receiving several extensions of time to oppose the motion, on December 3, 2015, plaintiff filed a request that the action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Because no defendant has filed an answer to the First Amended Complaint or a motion

///
///
///
///
///
///

for summary judgment, the notice is sufficient in and of itself to dismiss the action without further order of this Court.

     IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice.

DATED: 1/4/16

                                        PHILIP S. GUTIERREZ
                                        United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2